IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

OCT 21 2016

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Plaintiffs,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendant. | No. CV 15-80-BU-SEH<br><br>**ORDER** |

The Complaint in this action was filed on December 11, 2015.[1] By statute,[2] the Complaint was to remain under seal for 60 days subject to extension upon

---

[1] Doc. 1.

[2] Mont. Code Ann. § 17-8-406(2).

-1-

showing of good cause.[3] On March 18, 2016, and October 20, 2016, the State of Montana filed notices of its election to decline intervention.[4]

ORDERED:

1. Plaintiff Relators who initiated this action may proceed with prosecution of the claims.

2. The State of Montana shall be provided with copies of all pleadings and may request depositions in compliance with Mont. Code Ann. § 17-8-406(6)(a) and 31 U.S.C. § 3730(c)(3).

3. A copy of any Notice of Appeal filed in this case shall be served on the State of Montana.

4. The seal was lifted on all proceedings and filings in this matter on and after August 29, 2016.

DATED this **21st** day of October, 2016.

*Sam E Haddon*

SAM E. HADDON
United States District Judge

---

[3] Mont. Code Ann. § 17-8-406(3).

[4] *See* Docs. 7, 52.