FILED

NOV 0 1 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Plaintiffs,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendant. | No. CV 15-80-BU-SEH<br><br>ORDER |

Defendant Bozeman Health Deaconess Hospital d/b/a Bozeman Health has moved for the admission of Jeffrey D. Perconte, Esq. ("Perconte"), of Drinker Biddle & Reath LLP, Chicago, Illinois, to practice before this Court in this case

with Ian McIntosh, Esq., of Crowley Fleck PLLP, Bozeman, Montana, to act as local counsel. Perconte's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Perconte's Unopposed Motion for Admission *Pro Hac Vice*[1] is GRANTED, subject to the following conditions:

1. Local counsel will be designated as lead counsel or as co-lead counsel with Perconte.

2. Perconte must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Perconte; it is not an admission of Drinker Biddle & Reath LLP.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Perconte, within 15 days from

---

[1] Doc. 54.

the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 1st day of November, 2016.

*Sam E. Haddon*
SAM E. HADDON
United States District Court