FILED

MAY 08 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Relators,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendants. | No. CV 15-80-BU-SEH<br><br>ORDER |

On March 10, 2017, the Court set a preliminary pretrial conference for May 15, 2017.[1] The March 10, 2017, Order requires each party to file a preliminary pretrial statement, addressing with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii) and L.R. 16.2(b)(1).[2] The preliminary pretrial statements filed on May 4, 2017, fail to comply with the Court's March 10, 2017, Order.

---

[1] Doc. 74; *see also* Doc. 80 (resetting time only).

[2] Doc. 74 at 3.

Deficiencies in the May 4, 2017, preliminary pretrial statements include:

1. Relators' Preliminary Pretrial Statement[3] does not fully address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's March 10, 2017, Order.

2. Defendants' Preliminary Pretrial Statement[4] does not include the city and state of current residence of each individual known or believed to have information that may be used in proving or denying any party's claims or defenses as required under L.R. 16.2(b)(1)(J) and does not fully address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's March 10, 2017, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statements to address the deficiencies outlined in paragraphs 1 and 2 above shall be filed on or before May 12, 2017.

DATED this 8th day of May, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Doc. 81.

[4] Doc. 84.