

FILED

MAY 25 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Relators,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendants. | No. CV 15-80-BU-SEH<br><br><br><br>ORDER |

Pending before the Court is Relators' Motion for Determination of Privilege Claim.[1] Resolution of the privilege issue was determined by the Court to be premature at the August 18, 2016, hearing on the motion.[2]

---

[1] Doc. 18.

[2] Doc. 47.

ORDERED:

1. On or before June 2, 2017, Relators shall provide: (1) non-party Intercity Radiology, P.C. with a copy of this Order; and (2) Defendants with copies of all briefing filed under seal and relevant to the Motion for Determination of Privilege Claim.

2. All parties and non-party Intercity Radiology, P.C. shall have the option, but not the obligation, to file supplemental briefs on the privilege issues raised in Relators' Motion for Determination of Privilege Claim on or before June 16, 2017.

DATED this 25th day of May, 2017.

SAM E. HADDON
United States District Judge