

FILED

JUN 0 7 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Relators,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendants. | No. CV 15-80-BU-SEH<br><br>ORDER |

By stipulation between Relators Frank M. Rembert and Michael R. Paradise and non-party Intercity Radiology, P.C. ("ICR"),

ORDERED:

1. ICR will produce the five documents identified in Relators' Motion for Determination of Privilege Claim[1] to all parties in this case.

---

[1] Doc. 18.

2. ICR may not object, on privilege grounds, to any party asking witnesses questions related to these five documents or the creation of the Deaconess-InterCity Imaging joint venture that is the subject of this case.

3. By stipulating to the use of these documents, ICR does not waive its attorney-client or work product privileges as to any other documents, and the stipulated use of these documents is not and should not be construed as a general or specific waiver of the attorney-client or work product privileges.

4. Relators' agreement does not waive their right to seek a determination as to privilege or waiver pertaining to any other documents on the same subject matter (the creation of the Deaconess-InterCity Imaging joint venture that is the subject of this case) at a later date and as may be necessary.

5. Relators' Motion for Determination of Privilege Claim[2] is deemed WITHDRAWN.

DATED this 7th day of June, 2017.

*SAM E. HADDON*
United States District Judge

---

[2] Doc. 18.