**FILED**

SEP 05 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE, <br><br> Relators, <br><br> vs. <br><br> BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING, <br><br> Defendants. | No. CV 15-80-BU-SEH <br><br><br> **ORDER** |

Defendants have moved for admission of Jesse A. Whitten, Esq., ("Whitten") of Drinker Biddle & Reath LLP to practice before this Court in this case with Ian McIntosh, Esq., of Crowley Fleck PLLP, Bozeman Montana, to act as local counsel.[1] The Court has been notified that Jeffrey Perconte, Esq., of Drinker Biddle & Reath LLP, is leaving Drinker Biddle & Reath LLP and that Whitten will be substituted into the case for Perconte.

Whitten's application appears to be in compliance with L.R. 83.1(d).

---

[1] Doc. No. 116.

ORDERED:

1. Local counsel must serve as either lead or co-lead counsel;

2. Whitten must do his own work. He must do his own writing, sign his own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Whitten; it is not an admission of Drinker Biddle & Reath LLP.

IT IS FURTHER ORDERED:

1. This Order will be withdrawn unless Whitten, within 15 days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

2. A notice of withdrawal for Jeffrey Perconte, Esq. shall be filed forthwith by Jeffrey Perconte, Esq., as *pro hac vice* counsel.

DATED this 5th day of September, 2017.

SAM E. HADDON
United States District Judge