

FILED

OCT 16 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Relators,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendants. | No. CV 15-80-BU-SEH<br><br>ORDER |

Defendants Bozeman Health Deaconess Hospital, et. al., have moved for admission of Fatema F. Zanzi, Esq., ("Zanzi") of Drinker Biddle & Reath LLP, Chicago, Illinois, to appear *pro hac vice* in this case with Ian McIntosh, Esq., of

Crowley Fleck PLLP, Bozeman, Montana, to act as local counsel. Zanzi's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendants' Unopposed Motion for Admission *Pro Hac Vice* – Fatema F. Zanzi[1] is GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead or co-lead counsel;

2. Either Jesse A. Whitten, Esq. or Zanzi, but not both, may act as co-lead counsel with Ian McIntosh, Esq.;

3. Zanzi must do her own work. She must do her own writing, sign her own pleadings, motions and briefs, and, if designated co-lead counsel, <u>must appear and participate personally in all proceedings before this Court</u>; and

4. Local counsel must also sign all such pleadings, motions, briefs and other documents served or filed.

Admission is personal to Zanzi; it is not an admission of Drinker Biddle & Reath LLP.

FURTHER ORDERED:

This Order will be withdrawn unless Zanzi, within fifteen (15) days of the date of this Order, files an acknowledgment and acceptance of her admission

---

[1] Doc. 122.

under the terms set forth above.

DATED this 16th day of October, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge