# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Relators,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendants. | No. CV 15-80-BU-SEH<br><br>ORDER |

In light of Defendants' Unopposed Motion to Vacate Hearing,

ORDERED:

The Unopposed Motion to Vacate Hearing[1] is GRANTED. The hearing set for October 30, 2017, is VACATED.

DATED this 26th day of October, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 137.