
**FILED**

NOV 15 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Relators,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendants. | No. CV 15-80-BU-SEH<br><br>ORDER |

Defendants have moved for admission of David B. Robbins, Esq., ("Robbins") and David F. Taylor, Esq., ("Taylor") of Perkins Coie LLP, Seattle, Washington, to appear *pro hac vice* in this case with Ian McIntosh, Esq., of Crowley Fleck PLLP, Bozeman, Montana, to act as local counsel.[1] The Court has been notified that Taylor and Robbins will be substituted into the case for Jesse A.

---

[1] Docs. 147 and 148.

Whitten, Esq., ("Whitten") of Drinker Biddle & Reath LLP, and Fatima F. Zanzi, Esq., ("Zanzi") of Drinker Biddle & Reath LLP. Both Taylor's application and Robbin's application appear to be in compliance with L.R. 83.1(d).

ORDERED:

Defendants' Unopposed Motion for Admission *Pro Hac Vice* of David B. Robbins[2] is GRANTED and Defendants' Unopposed Motion for Admission *Pro Hac Vice* of David F. Taylor[3] is GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead or co-lead counsel;

2. Either Robbins or Taylor, but not both, may act as co-lead counsel;

3. Both Robbins and Taylor must do their own work. Robbins and Taylor must do their own writing, sign their own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Robbins and Taylor; it is not an admission of Perkins Coie LLP.

---

[2] Doc. 147.

[3] Doc. 148.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless:

    a. Robbins and Taylor, within 15 days from the date of this Order, file an acknowledgment and acceptance of their respective admissions under the terms set forth above.

    b. A notice of withdrawal for Whitten shall be filed forthwith by Whitten as *pro hac vice* counsel.

    c. A notice of withdrawal for Zanzi shall be filed forthwith by Zanzi as *pro hac vice* counsel.

DATED this 15th day of November, 2017.

SAM E. HADDON
United States District Judge