Eric Edward Nord
CRIST, KROGH & NORD, PLLC
The Securities Building
2708 First Avenue North, Suite 300
Billings, MT 59101
(406) 255-0400 telephone
(406) 255-0697 facsimile
enord@cristlaw.com

Lisa M. Noller (admitted Pro Hac Vice)
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, Illinois 60654
(312) 832-4500 telephone
(312) 832-4700 facsimile
lnoller@foley.com

Attorneys for Intercity Radiology, P.C.

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES ex rel. REMBERT and PARADISE, <br><br> Relators, <br><br> v. <br><br> BOZEMAN HEALTH DEACONESS HOSPITAL, et al., <br><br> Defendants. | Case No.: 15-cv-80-BU-SHE <br><br> Judge Sam E. Haddon <br><br> **INTERCITY RADIOLOGY, P.C.'S MOTION FOR PROTECTIVE ORDER TO MAINTAIN CONFIDENTIALITY** |

Non-Party Intercity Radiology, P.C. ("ICR") files this Motion for a Protective Order to maintain the confidentiality of five privileged documents properly designated as confidential pursuant to the Stipulated Protective Order (Doc. 144) (the "Disputed Documents"), as well as portions of ICR attorney Thomas Greeson's deposition transcript specifically discussing the content of these documents —four of which were used as deposition exhibits during his deposition (the "Disputed Designations").[1] The grounds and support for this Motion are stated in detail in ICR's Memorandum in Support of this Motion being filed herewith.

Pursuant to Local Rules 7.1(c)(1) and 26.3(c)(1), ICR has conferred with the parties regarding the disputed issues. Relators have indicated that they oppose the relief sought by this Motion; whereas, Defendants have indicated that they do not oppose it.

---

[1] The Disputed Documents are the five documents produced as ICR DCT 00001 – 22, and the Disputed Designations are the following sections of the Greeson Deposition transcript, which specifically discuss the Disputed Documents: 71:12 – 75:21, 111:14 – 116:22, 136:20 – 140:1, 164:4 – 169:3, 174:19 – 177:9, 203:13 – 208:10, 229:20 – 232:9, 250:18 – 251:1, and 255:4-17. The Disputed Documents and Disputed Designations are simultaneously being filed under seal for *in camera* review pursuant to D. Mont. L.R. 5.1(b)(1), 26.4.

Dated: February 13, 2018						Respectfully submitted,


							/s/ Lisa M. Noller
							Lisa M. Noller (admitted Pro Hac Vice)
							Foley & Lardner LLP
							321 N. Clark St., Suite 2800
							Chicago, Illinois 60654
							(312) 832-4500 telephone
							(312) 832-4700 facsimile
							lnoller@foley.com

							/s/ Eric Edward Nord
							Eric Edward Nord
							Crist, Krogh & Nord, PLLC
							The Securities Building
							2708 First Avenue North, Suite 300
							Billings, MT 59101
							(406) 255-0400 telephone
							(406) 255-0697 facsimile
							enord@cristlaw.com


							Attorneys for Intercity Radiology, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2018, I have caused a copy of the foregoing to be filed with the Court's CM/ECF system which will serve a notice of electronic filing upon all counsel of record in this case.

/s/ Lisa M. Noller
Lisa M. Noller (admitted Pro Hac Vice)
Foley & Lardner LLP
321 N. Clark St., Suite 2800
Chicago, Illinois 60654
(312) 832-4500 telephone
(312) 832-4700 facsimile
lnoller@foley.com