IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

FEB 2 6 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE, <br><br> Relators, <br><br> vs. <br><br> BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING, <br><br> Defendants. | No. CV 15-80-BU-SEH <br><br> ORDER |

Relators' Motion for Leave to File Deposition Transcripts Under Seal[1] is GRANTED in part as follows:

ORDERED:

1. The deposition transcripts of Thomas Greeson and T.J. Sullivan[2] may be filed under seal subject to the terms, conditions and limitations in paragraph 2

---

[1] Doc. 166.

[2] Relators withdrew their request to file the deposition of David Monghan under seal in their Notice of Local Rule 7.1(c)(1) Compliance Regarding Doc. 166 (Doc. 171).

of this Order.

2. If any part of the content of the deposition of Thomas Greeson or of T.J. Sullivan identified in paragraph 1 above is considered by the Court or is relied upon by any party in addressing or resolving any issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of the deposition "will be made public contemporaneously with the Court's ruling on the issue."[3]

DATED this 26th day of February, 2018.

SAM E. HADDON
United States District Judge

---

[3] Doc. 144 at 9.