# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

FILED
FEB 26 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Relators,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendants. | No. CV 15-80-BU-SEH<br><br>ORDER |

Pending before the Court is Relators' Motion for Leave to File Certain Documents Under Seal (regarding Relators' opposition to Doc. 158) ("Relators' Motion for Leave to File Certain Documents Under Seal").[1]

The documents sought to be filed under seal are described in the motion as:

> 1. An unredacted version of Relators' Response to Defendants' Motion In Limine To Exclude HHS-OIG Advisory Opinion Evidence, by which they respond in opposition to Defendants' Motion in Limine (Doc. 158); and

---

[1] Doc. 172.

2. Two documents to be attached as exhibits 2 and 3 to that opposition brief.[2]

ORDERED:

1. Relators' Motion for Leave to File Certain Documents Under Seal[3] is GRANTED subject to the terms, conditions and limitations in paragraph 2 of this Order.

2. The parties are apprised that if any document filed under seal as permitted in paragraph 1 above is considered by the Court or is relied upon by any party in addressing or resolving any issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of such document "will be made public contemporaneously with the Court's ruling on the issue."[4]

DATED this 26th day of February, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 172 at 2.

[3] Doc. 172.

[4] Doc. 144 at 9.