IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION



FILED

FEB 2 6 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Relators,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendants. | No. CV 15-80-BU-SEH<br><br><br><br>ORDER |

Pending before the Court is Defendants' Unopposed Motion for Leave to File Redacted Brief.[1] In response to Relators' Motion for Order Prohibiting Obstructive, Coaching and Other Improper Deposition Objections and for Other Relief (doc. 183), Defendants represent to the Court that "relators do not oppose [the] motion, but reserve the right to challenge any confidential designations."[2]

A redacted version of Defendants' response was filed on February 13, 2018

---

[1] Doc. 181.

[2] Doc. 181 at 3.

(doc. 183). An unredacted version of the same brief, which addresses portions of the December 20, 2017, deposition of T.J. Sullivan, was lodged with the Court on February 13, 2018 (doc. 182).

ORDERED:

1. Defendants' Unopposed Motion for Leave to File Redacted Brief is GRANTED subject to the terms, conditions and limitations in paragraph 2 of this Order.

2. If any part of the redacted portions or content of the December 20, 2017, deposition of T.J. Sullivan is considered by the Court or is relied upon by any party in addressing or resolving any issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of the December 20, 2017, deposition of T.J. Sullivan "will be made public contemporaneously with the Court's ruling on the issue."[4]

DATED this 26th day of February, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 181.

[4] Doc. 144 at 9.