IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

**FILED**

MAR 0 6 2018

Clerk, U.S. District Court
District Of Montana
Helena

UNITED STATES OF AMERICA EX
REL. FRANK M. REMBERT AND
MICHAEL R. PARADISE,

                    Relators,

vs.

BOZEMAN HEALTH DEACONESS
HOSPITAL D/B/A BOZEMAN
HEALTH, and
DEACONESS-INTERCITY
IMAGING, LLC D/B/A ADVANCED
MEDICAL IMAGING,

                    Defendants.

No. CV 15-80-BU-SEH

**ORDER**

The parties having filed a Stipulation Regarding Deposition of Courtney

Funk (Doc. 216),

ORDERED:

Intercity Radiology P.C.'s Motion for Protective Order With Respect to

Deposition of Courtney Funk (Doc. 206) is WITHDRAWN. The hearing set for

March 8, 2018, is VACATED.

DATED this **6**$^{th}$ day of March, 2018.

Sam E. Haddon
United States District Judge