IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA,

BUTTE DIVISION

FILED

MAR 08 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT and MICHAEL R. PARADISE, <br><br> Relators, <br><br> v. <br><br> BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING, <br><br> Defendants. | No. CV 15-80-BU-SEH <br><br><br> ORDER |

Relator's Unopposed Motion for Leave to File Relators' Expert Disclosures

Under Seal[1] is GRANTED in part and DENIED in part subject to the terms,

conditions and limitations below.

---
[1] Doc. 218.

ORDERED:

1. Relators shall timely file and serve a redacted version of the expert disclosure(s) and report(s) on or before March 9, 2018, as ordered by the Court.[2]

2. In addition to filing and serving the redacted expert disclosure(s) and report(s), Relators shall file and serve the expert disclosure(s) and report(s) in unredacted form under seal on or before March 9, 2018. Each unredacted report shall fully identify any portion of the report removed or stricken from the redacted version.

3. If any part of an unredacted expert disclosure or report is considered by the Court or relied upon by any party in addressing or resolving any issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of the disclosure or report "will be made public contemporaneously with the Court's ruling on the issue."[3]

DATED this 8th day of March, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Doc. 156 at 2.
[3] Doc. 144 at 9.