FILED

MAR 09 2018

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Plaintiffs,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendant. | No. CV 15-80-BU-SEH<br><br>**ORDER** |

On March 9, 2018, the Court conducted a hearing on Relators' Motion to Compel re: Request for Production No. 19[1] and Defendants' Motion *in Limine* to Exclude HHS-OIG Advisory Opinion Evidence.[2]

---

[1] Doc. 141.

[2] Doc. 157.

-1-

The Court was informed at the hearing that unresolved issues relating to Request for Production Number 19 were limited to:

1. Copies of employment agreements with physicians and other providers without redactions (Defendants agreed to produce redacted versions of employment agreements before Relators filed their motion to compel);

2. Copies of exclusive contracts between BDH and physician groups from 2005 to the present (if those physicians refer patients for radiologic services);

3. Agreements related to the purchase of physician practices by BDH since 2005 (if those physicians refer patients for radiologic services) and

4. Agreements related to any ownership interest in a joint venture purchased by BDH since 2005 (if other members of the joint venture refer patients for radiologic services).[3]

Upon the record made in open Court,

ORDERED:

1. Defendants will serve upon Relators on or before March 23, 2018, copies of employment agreements with physicians and other providers complete except for redaction of information as to compensation.

---

[3] Doc. 176 at 2-3.

2. Defendants will submit to the Court for *in camera* inspection on or before March 23, 2018, unredacted copies of the employment agreements identified in paragraph 1 above.

3. Defendants will serve upon Relators on or before March 23, 2018, copies of "exclusive contracts between BDH and physician groups from 2005 to the present (if those physicians refer patients for radiologic services)"[4] complete except for redaction of information as to compensation.

4. Defendants will submit to the Court for *in camera* inspection on or before March 23, 2018, unredacted copies of the exclusive contracts identified in paragraph 3 above.

5. Defendants will submit to the Court for *in camera* inspection on or before March 23, 2018, unredacted copies of:

> [a]. Agreements related to the purchase of physician practices by BDH since 2005 (if those physicians refer patients for radiologic services) and
>
> [b]. Agreements related to any ownership interest in a joint venture purchased by BDH since 2005 (if other members of the joint venture refer patients for radiologic services).[5]

---

[4] Doc. 176 at 2.

[5] Doc. 176 at 2-3.

4. Defendants' Motion *in Limine* to Exclude HHS-OIG Advisory Opinion Evidence[5] is GRANTED.

DATED this 9th day of March, 2018.

SAM E. HADDON
United States District Judge

---

[5] Doc. 157.