IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Plaintiffs,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendant. | No. CV 15-80-BU-SEH<br><br>ORDER |

On March 12, 2018, Intercity Radiology P.C. moved for admission of Brian J. Kapatkin, Esq., ("Kapatkin") of Foley & Lardner LLP, Washington, D.C., to practice before this Court in this case with Eric Edward Nord, Esq., of Crist, Krogh & Nord, PLLC, Billings, Montana, to act as local counsel.[1] The policy of

---

[1] Doc. 236.

-1-

this Court precludes the admission of more than two *pro hac vice* lawyers for any one party. Intercity Radiology P.C.'s application for Kapatkin would substitute Kapatkin "in place of William K. McKenna, previously admitted *Pro Hac Vice*."[2]

Kapatkin's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Intercity Radiology P.C.'s Motion to Admit of Brian J. Kapatkin *Pro Hac Vice*[3] is GRANTED, subject to the following conditions:

1. Kapatkin is substituted in place of William J. McKenna, Esq., of Foley & Lardner LLP, Chicago, Illinois.

2. Local counsel must serve as either lead or co-lead counsel;

3. Either Lisa M. Noller, Esq., or Kapatkin, but not both, may act as co-lead counsel;

4. Kapatkin must do his own work. He must do his own writing, sign his own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this Court;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

---

[2] Doc. 236 at 2.

[3] Doc. 236.

Admission is personal to Kapatkin; it is not an admission of of Foley & Lardner LLP.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Kapatkin within 15 days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 12th day of March, 2018.

SAM E. HADDON
United States District Judge