IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE, <br><br> Plaintiffs, <br><br> vs. <br><br> BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING, <br><br> Defendant. | No. CV 15-80-BU-SEH <br><br> ORDER |

Defendants' Unopposed Motion for Leave to File Document Under Seal[1] (excerpt of the deposition transcript of Gordon Davidson) is GRANTED subject to the terms, conditions and limitations below.

If any part of the excerpt of the deposition transcript of Gordon Davidson is

---

[1] Doc. 240.

-1-

considered by the Court or relied upon by any party in addressing or resolving any issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of the excerpt "will be made public contemporaneously with the Court's ruling on the issue."[2]

DATED this 16th day of March, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 144 at 9