# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

**FILED**

APR 0 5 2018

Clerk, U.S. District Court
District Of Montana
Helena

|  |  |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE, | No. CV 15-80-BU-SEH |
| Relators, | |
| vs. | ORDER |
| BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING, | |
| Defendants. | |

Defendants are granted[1] leave to file Defendants' unredacted witness

disclosures and reports under seal and to file redacted versions of the disclosures

and reports as follows:

1.    Defendants shall timely file and serve a redacted version of expert

---

[1] Doc. 259.

disclosure(s) and report(s) on or before April 6, 2018, as ordered by the Court.[2]

2.    In addition to filing and serving redacted expert disclosure(s) and report(s), Relators shall file and serve expert disclosure(s) and report(s) in unredacted form, under seal, on or before March 9, 2018. Each unredacted report shall fully identify any portion of the report removed or stricken from the redacted version.

3.    If any part of an unredacted expert disclosure or report is considered by the Court or relied upon by any party in addressing or resolving any issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of the disclosure or report "will be made public contemporaneously with the Court's ruling on the issue."[3]

DATED this __5th__ day of April, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 156 at 2.

[3] Doc. 144 at 9.