FILED

MAY 0 7 2018

Clerk, U.S. District Court
District Of Montana
Helena

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN EX REL. FRANK M. REMBERT and MICHAEL R. PARADISE,<br><br>Relators,<br><br>v.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL, BOZEMAN DEACONESS HEALTH SERVICES d/b/a BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC d/b/a ADVANCED MEDICAL IMAGING,<br><br>Defendants. | Case No. CV 15-80-BU-SEH<br><br>**ORDER** |

On May 3, 2018, non-party John Nordwick moved for admission of Tinos Diamantatos, Esq, ("Diamantatos") of Morgan, Lewis & Bockius LLP, Chicago, Illinois, to practice before this Court in this case with Matthew Hayhurst, Esq., of Boone Karlberg P.C., Missoula, Montana, to act as local counsel.[1]

Diamantatos' application appears to be in compliance with L.R. 83.1(d).

---

[1] Doc. 276.

ORDERED:

Non-party John Nordick's Unopposed Motion to Admit Attorney Tinos Diamantatos *Pro Hac Vice*[2] is GRANTED, subject to the following conditions:

1. Local counsel must serve as lead or co-lead counsel;

2. Diamantatos must do his own work. He must do his own writing, sign his own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court; and

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents filed and served.

Admission is personal to Diamantatos; it is not an admission of Morgan, Lewis & Bockius LLP.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Diamantatos, within 15 days from the date of this Order, files an acknowledgement and acceptance of his admission under the terms set forth above.

DATED this 7th day of May, 2018.

SAM E. HADDON
United States District Judge

---

[2] *Doc. 276.*