**FILED**

MAY 0 9 2018

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE, <br><br>Plaintiffs, <br><br>vs. <br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING, <br><br>Defendant. | No. CV 15-80-BU-SEH <br><br>**ORDER** |

Defendants' Unopposed Motion for Leave to File Document Under Seal[1] is GRANTED subject to the terms, conditions and limitations below.

If any part of the excerpt of the deposition transcript of Christine Miller is considered by the Court or relied upon by any party in addressing or resolving any

---

[1] Doc. 279.

-1-

issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of the excerpt "will be made public contemporaneously with the Court's ruling on the issue."[2]

DATED this 9th day of May, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 144 at 9