# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT and MICHAEL R. PARADISE, <br><br> Relators, <br><br> v. <br><br> BOZEMAN HEALTH DEACONESS HOSPITAL d/b/a BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC d/b/a ADVANCED MEDICAL IMAGING, <br><br> Defendants. | Case No. CV 15-80-BU-SEH <br><br><br> **ORDER** |

Based on the parties' Stipulation and good cause appearing;

IT IS HEREBY ORDERED that:

1. Exhibits shall be filed as set forth in paragraph 13 of this Court's Order dated May 25, 2017 (Doc. 90), on or before September 7, 2018.

DATED this 1st day of June, 2018.

SAM E. HADDON
United States District Judge