IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Plaintiffs,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendant. | No. CV 15-80-BU-SEH<br><br>**ORDER** |

Relators' Unopposed Motion for Leave to File Unredacted Documents Under Seal[1] is GRANTED subject to the terms, conditions and limitations below.

If any part of the deposition transcripts of John Nordwick or Nathan S. Kaufman or a redacted section of Relators' Brief in Support of Motion In Limine

---

[1] Doc. 343.

-1-

To Preclude Evidence of Advice of Counsel[2] is considered by the Court or relied upon by any party in addressing or resolving any issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of the deposition or brief "will be made public contemporaneously with the Court's ruling on the issue."[3]

DATED this 20th day of June, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 344-1.

[3] Doc. 144 at 9