**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BUTTE DIVISION**

**FILED**

JUN 21 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE, | No. CV 15-80-BU-SEH |
| Plaintiffs, | |
| vs. | **ORDER** |
| BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING, | |
| Defendant. | |

To assist the Court in address and resolution of issues presented in Relators'

Motion for Determination of Privilege and to Compel Intercity Radiology, P.C.,[1]

non-party Intercity Radiology, P.C. ("ICR") is directed to submit to the Court, *in*

*camera*, on or before 4:45 p.m. (MT) on June 29, 2018, copies of all the

---

[1] Doc. 189.

-1-

documents identified in the several privilege logs generated by counsel for ICR

and identified in Exhibits 4-12[2] to Relators' Brief in Support of Relators' Motion

for Determination of Privilege and to Compel Intercity Radiology, P.C.[3]

DATED this 21st day of June, 2018.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge

---

[2] Docs. 190-4 to 190-12.

[3] Doc. 190.