

FILED

JUN 22 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Plaintiffs,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendant. | No. CV 15-80-BU-SEH<br><br>**ORDER** |

Defendants' Unopposed Motion for Leave to File Document Under Seal Re: Motion for Summary Judgment Re Judicial Estoppel[1] is GRANTED subject to the terms, conditions, and limitations below.

---

[1] Doc. 354.

If any part of the redacted or sealed documents are considered by the Court or relied upon by any party in addressing or resolving any issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of the redacted or sealed documents lodged with the court "will be made public contemporaneously with the Court's ruling on the issue."[2]

DATED this 22nd day of June, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 144 at 9.