IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
JUN 25 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE,<br><br>Plaintiffs,<br><br>vs.<br><br>BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING,<br><br>Defendant. | No. CV 15-80-BU-SEH<br><br>**ORDER** |

Defendants Unopposed Motion for Leave to File Documents Under Seal Re: Motion for Summary Judgment Re: The Elements of Relators' Claims[1] is GRANTED subject to the terms, conditions, and limitations below.

---

[1] Doc. 363.

If any part of the redacted or sealed documents are considered by the Court or relied upon by any party in addressing or resolving any issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of the redacted or sealed documents lodged with the court "will be made public contemporaneously with the Court's ruling on the issue."[2]

DATED this 25th day of June, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 144 at 9.