**FILED**

JUN 29 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. REMBERT and PARADISE, | ) ) ) | CV 15-80-BU-SEH |
| | ) | Honorable Sam E. Haddon |
| Relators, | ) ) | |
| vs. | ) ) | **ORDER** |
| BOZEMAN HEALTH DEACONESS HOSPITAL, et. al., | ) ) ) ) | |
| Defendants. | ) ) | |

On June 29, 2018, Defendants filed Defendants' Unopposed Motion in Limine Re: Reimbursement of Internet Services (#7), seeking an order *in limine*:

1. Excluding all evidence and argument that reimbursement of radiologists for internet services constitutes a kickback or was in any improper.

The motion is unopposed.

ORDERED:

Defendants' Unopposed Motion in Limine Re: Reimbursement of Internet Services (#7) is GRANTED. All evidence and argument that reimbursement of radiologists for internet services constitutes a kickback or was in any way improper is excluded and may not be introduced or referenced in any further proceedings in this case.

Dated this 29th day of June, 2018.

SAM E. HADDON
United States District Judge