IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED

JUL 16 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. FRANK M. REMBERT AND MICHAEL R. PARADISE, <br><br> Plaintiffs, <br><br> vs. <br><br> BOZEMAN HEALTH DEACONESS HOSPITAL D/B/A BOZEMAN HEALTH, and DEACONESS-INTERCITY IMAGING, LLC D/B/A ADVANCED MEDICAL IMAGING, <br><br> Defendant. | No. CV 15-80-BU-SEH <br><br> **ORDER** |

Notwithstanding Relators' failure to timely file Docket Numbers 428, 429 and 430, and exhibits,

ORDERED:

Docket Numbers 428, 429 and 430, and exhibits, Docket Numbers 431 and 432, may be filed.

DATED this 16th day of July, 2018.

SAM E. HADDON
United States District Judge